IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARRIUS LARALLE
WIMBLEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D14-1245

v.

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed October 21, 2014.

An appeal from the Circuit Court for Duval County.
J. Bradford Stetson, Judge.

Nancy A. Daniels, Public Defender, and Archie F. Gardner, Jr., Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     We affirm and note that any concerns regarding the legality of any portion of appellant's sentence were not properly preserved for appeal.

     AFFIRMED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.